UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20266-CR-UNGARO

UNITED STATES OF AMERICA,

v.

KENNETH D. EDWARDS,

    Defendant.
_____/

## VERDICT

We, the Jury in the above-captioned case, unanimously find as follows:

As to the sole Count of the Indictment, we find the Defendant, KENNETH D. EDWARDS,

    NOT GUILTY _____   GUILTY ✓

SO SAY WE ALL.

Signed and dated at the United States Courthouse, Miami, Florida, this 24th day of November, 2010.

_____      Peter A. Hernandez
Foreperson's Signature                              Foreperson's Printed Name